[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 1204.]

THE STATE OF OHIO, APPELLANT, *v.* PIERCE, APPELLEE.

[Cite as *State v. Pierce*, 1999-Ohio-452.]

*Appeal dismissed as improvidently allowed.*

(No. 98-526—Submitted February 24, 1999—Decided March 31, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 97APA06-810.

————————————

*Ron O'Brien*, Franklin County Prosecuting Attorney, and *Amy H. Kulesa*, Assistant Prosecuting Attorney, for appellant.

*Judith M. Stevenson*, Franklin County Public Defender, *John W. Keeling* and *M. Catherine Kurila*, Assistant Public Defenders, for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents and would reverse the judgment of the court of appeals.

————————————